No. 397. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS UNION ET AL. *v.* DENVER MILK PRODUCERS, INC. ET AL. Argued January 9, 1948. Decided May 3, 1948. *Per Curiam:* Because of the inadequacy of the record, we decline to decide the constitutional issues involved. The appeal is dismissed without prejudice to the determination in further proceedings of any questions arising under the Federal Constitution. Cf. *Rescue Army* v. *Municipal Court,* 331 U. S. 549 (1947). Dissenting: MR. JUSTICE BLACK and MR. JUSTICE MURPHY. *Herbert S. Thatcher* argued the cause for appellants. With him on the brief were *J. Albert Woll* and *Philip Hornbein, Jr. Kenneth W. Robinson* argued the cause and filed a brief for appellees. *Robert D. Charlton* was also of counsel. By special leave of Court, *George K. Thomas,* Assistant Attorney General, argued the cause for the State of Colorado, as *amicus curiae,* urging affirmance. With him on the brief was *H. Lawrence Hinkley,* Attorney General.

No. 733. SCHMITT *v.* WILDER, DIRECTOR OF LICENSING, ET AL. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Ashley Sellers* and *Kenneth L. Kimble* for appellant. *Ray F. Drewry,* Assistant Attorney General of South Dakota, for appellees.